UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

ALFREDO LASCOUTX,

    Plaintiff,
v.

WELLS FARGO BANK, N.A. as Successor in
Interest to WACHOVIA BANK, N.A., f/k/a
First Union N.A. of Florida,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Wells Fargo Bank, N.A., as Successor in Interest to Wachovia Bank, N.A., f/k/a First Union N.A. of Florida ("Wells" or "Defendant"), by and through its undersigned counsel, hereby files this Notice of Removal and alleges:

1. Wells has been named as a defendant in a civil action that was commenced in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, which civil action has been assigned Case number: 11-10133CA23 and which is styled: *Alfredo Lascoutx v. Wells Fargo Bank, N.A., as Successor in Interest to Wachovia Bank, N.A., f/k/a First Union N.A. of Florida* (the "State Court Action").

2. Service was effectuated on Wells by serving a Summons, Civil Cover Sheet, and Complaint on April 7, 2011, by serving Corporation Service Company, Registered Agent, 1201 Hayes Street, Tallahassee, FL 32301-2525. True and correct copies of the Summons, Complaint, Civil Cover Sheet, and Defendant's Motion for Enlargement of Time are attached hereto as composite Exhibit "A." These documents constitute all of the pleadings filed with the Miami-Dade Circuit Court Clerk's office in the State Court Action.

3. Thirty (30) days have not yet expired since this action became removable to this Court.

4. The above-styled action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1441, in that it: (i) is a civil action wherein the matter in controversy exceeds $75,000.00, exclusive of interest and costs; and (ii) is between citizens of different states. (*See,* Paragraphs 2 and 3 of the Complaint attached hereto as part of Composite Exhibit "A"; *see also* Declaration of Michael Selle submitted herewith).

5. First, the matter in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs. (*See,* Paragraphs 7, 8, 27, 29, 32 and 34 of the Complaint attached hereto as part of Composite Exhibit "A.").

6. Second, the above-styled action involves a controversy which is wholly between a citizens of different states: Plaintiff herein is a foreign citizen and Wells is a citizen of South Dakota (*See* Complaint, ¶3 and Declaration of Michael Selle submitted herewith).

7. Specifically, Wells is a national banking association and is located in and has its principal place of business in Sioux Falls, South Dakota. (*See* 28 U.S.C.§1332(a)) and § 1348 (national banking association deemed citizen of State in which located); see generally *Wachovia Bank, National Association v. Schmidt*, 126 S.Ct. 941 (U.S. 2006) (for diversity jurisdiction purposes, national banking association deemed to be citizen of state in which located, national banking association located in state in which main office is located as designated in articles of association); *RDC Funding Corp. v. Wachovia Bank, N.A.*, 2004 WL 717111 (D. Conn. March 31, 2004) (same). For purposes of diversity jurisdiction, Wells is located in and a citizen of South Dakota. (*See* Declaration of Michael Selle submitted herewith).

8. The Plaintiff is a citizen of Venezuela and maintains bank accounts in Miami-Dade County, Florida. (*See* Complaint, ¶2).

9. There are no other defendants in this matter from whom consent to removal of this action need be obtained.

10. Finally, Defendant was not at the time of the commencement of this action and is still not a citizen of the State of Florida, where this action was brought. *(See* Complaint, ¶3 and Declaration of Michael Selle)

WHEREFORE, Defendant, Wells Fargo Bank, N.A., respectfully prays that the above described action, now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case number: 11-10133CA23, be removed to the United States District Court for the Southern District of Florida and Division within which the above-described action is pending.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was furnished by U.S. Mail on the 6th day of May, 2011 to: Christopher S. Nelson, Esq., Priovolos & Nelson, P.A., 1200 Brickell Avenue, Suite 505, Miami, FL 33131.

> Fox Rothschild LLP
> 222 Lakeview Avenue, Suite 700
> West Palm Beach, FL 33401
> Telephone: (561) 835-9600
> Facsimile: (561) 835-9602
>
> BY: */s/ David A. Greene*
>     Amy S. Rubin (Florida Bar Number: 476048)
>     B.C.S. in Civil Trial and Business Litigation
>     arubin@foxrothschild.com
>     David A. Greene (Florida Bar Number: 87629)
>     dgreene@foxrothschild.com
> *Attorneys for Defendant, Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ALFREDO LASCOUTX, a foreign individual,

        Plaintiff,

v.

        Case No.

WELLS FARGO BANK, N.A. as Successor in
Interest to WACHOVIA BANK, N.A., f/k/a
First Union N.A. of Florida,

        Defendant.

_____/

## DECLARATION IN SUPPORT OF NOTICE OF REMOVAL

MICHAEL SELLE, declares, pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age and am a Senior Counsel – Litigation for Wells Fargo Bank, N.A.

2. This Affidavit is based upon facts of which I have personal knowledge.

3. Wells Fargo Bank, N.A. is the proper party to this action.

4. Wells Fargo Bank, N.A. is a national banking association duly organized under the laws of the United States, Office of the Comptroller of the Currency and has its principal place of business in Sioux Falls, South Dakota.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 4 day of May, 2011 in Mecklenburg -MS ~~Douglas~~ County, North Carolina.

_____
Michael Selle
Senior Counsel - Litigation

WP1 392216v2 05/04/11

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
ALFREDO LASCOUTX, a foreign individual

(b) County of Residence of First Listed Plaintiff  **Miami-Dade**
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Christopher Nelson, Priovolos & Nelson, PA, 1200 Brickell Avenue, Suite 505, Miami, FL 33131; 305/470-2060; 305/470-2061 fax

### DEFENDANTS
WELLS FARGO BANK, N.A., as Successor in Interest to Wachovia Bank, N.A., f/k/a First Union N.A. of Florida

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)
Amy S. Rubin, Fox Rothschild, LLP, 222 Lakeview Avenue, Suite 800, West Palm Beach, FL 33401; arubin@foxrothschild.com;

(d) Check County Where Action Arose:  ✓ MIAMI-DADE  ☐ MONROE  ☐ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
✓ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ✓ 5 |
| Citizen or Subject of a Foreign Country | ✓ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

### V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
✓ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):

a) Re-filed Case ☐ YES ✓ NO    b) Related Cases ☐ YES ✓ NO
JUDGE                            DOCKET NUMBER

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. §1441 diversity

LENGTH OF TRIAL via **3-4** days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $** 83,343.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ✓ Yes ☐ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD                    DATE
s/ David Greene   FBN 87626

FOR OFFICE USE ONLY
AMOUNT        RECEIPT #        IFP