UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 11-21619-CIV-GRAHAM/GOODMAN
[CONSENT CASE]

ALFREDO LASCOUTX,

      Plaintiff,

v.

WELLS FARGO BANK, N.A., as successor
in interest to WACHOVIA BANK N.A. f/k/a
FIRST UNION N.A. OF FLORIDA,

      Defendant.
_____/

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, ALFREDO LASCOUTX and Defendant, WELLS FARGO BANK N.A. a successor in interest to WACHOVIA BANK N.A. f/k/a FIRST UNION N.A. OF FLORIDA, by and through their undersigned counsel, hereby file this Joint Stipulation for Dismissal With Prejudice of any and all claims amongst and between the parties in this action with prejudice, the parties to bear their own attorneys' fees and costs incurred in this action.

Respectfully Submitted,

| PRIOVOLOS & NELSON P.A. | FOX ROTHSCHILD LLP |
|---|---|
| By: ___/s/ John Priovolos___ | By: ___/s. David A. Greene___ |
| John Priovolos, Esq. | David A. Greene, Esq. |
| FBN# 690112 | FBN# 87629 |
| Attorneys for Plaintiff, Alfredo Lascoutx | Attorneys for Defendant, Wells Fargo Bank, N.A. |
| 1200 Brickell Avenue, #505 | 222 Lakeview Avenue, Suite 700 |
| Miami, Florida 33131 | West Palm Beach, Florida 33401 |
| Tel. (305) 470-2060 | Tel. (561) 804-4441 |
| Fax (305) 470-2061 | Fax (561) 835-9602 |
| john@priolaw.com | dgreene@foxrothschild.com |

## Certificate of Service

**I HEREBY CERTIFY** that, on this 4 day of January, 2012, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel or parties of record on the attached Service List.

By: ___s/ John Priovolos___
John Priovolos

## Service List
## Case No. 1:11- 21619-CIV-DLG

Christopher S. Nelson, Esq.
Cnelson970@gmail.com
John Priovolos, Esq.
john@priolaw.com
Priovolos & Nelson, P.A.
1200 Brickell Avenue, Suite 505
Miami, Florida 33131
Telephone: (305) 470-2060
Facsimile: (305) 470-2061
*Attorneys for Plaintiff, Alfredo Lascoutx*

David A. Greene, Esq.
dgreene@foxrothschild.com
Heather L. Ries, Esq.
hries@foxrothschild.com
FOX ROTHSCHILD LLP
222 Lakeview Avenue, Suite 700
West Palm Beach, FL 33401
Telephone: (561) 804-4441
Facsimile: (561) 835-9602
*Attorneys for Defendant, Wells Fargo Bank, N.A.*