UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-21619-CIV-GOODMAN

[CONSENT CASE]

ALFREDO LASCOUTX,

    Plaintiff,

v.

WELLS FARGO BANK, N.A., as
successor in interest to WACHOVIA
BANK, N.A. f/k/a FIRST UNION
N.A. of FLORIDA,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice. [ECF No. 17]. Federal Rule of Civil Procedure 41(a) permits a plaintiff to dismiss an action by filing a stipulation of dismissal signed by all the parties who have appeared. Having reviewed the Joint Stipulation and being otherwise duly advised, the Court **ORDERS** that this case is **dismissed with prejudice**. This is case now **CLOSED**.

**DONE AND ORDERED** in Chambers, at Miami, Florida, January 5, 2012.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

All Counsel of Record